# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

__________ Division

RECEIVED

OCT 0 5 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Robert McDaniel Cox

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Waverly Police Dept, City of Waverly, Humphreys County Sheriff's Dept, Humphreys County Court

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Robert McDaniel Cox | | |
| Address | PO Box 8021 | | |
| | Waverly | TN | 37185 |
| | *City* | *State* | *Zip Code* |
| County | Humphreys | | |
| Telephone Number | 8438798646 | | |
| E-Mail Address | RobertM_29402@yahoo.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Waverly Police Department | | |
| Job or Title *(if known)* | | | |
| Address | 103 E Main St | | |
| | Waverly | TN | 37185 |
| | *City* | *State* | *Zip Code* |
| County | Humphreys | | |
| Telephone Number | 9312964300 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | City of Waverly | | |
| Job or Title *(if known)* | | | |
| Address | 101 E Main St | | |
| | Waverly | TN | 37185 |
| | *City* | *State* | *Zip Code* |
| County | Humphreys | | |
| Telephone Number | 9312962101 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Humphreys County Sheriff Department |
| Job or Title *(if known)* | |
| Address | 112 Thompson St |
| | Waverly (*City*) TN (*State*) 37185 (*Zip Code*) |
| County | Humphreys |
| Telephone Number | 9312967792 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Humphreys County Court |
| Job or Title *(if known)* | |
| Address | 100 N Court Square |
| | Waverly (*City*) TN (*State*) 37185 (*Zip Code*) |
| County | Humphreys County Court |
| Telephone Number | 9312962461 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of rights, privileges, immunities, duties, obligations, responsibilities, restrictions, and prohibitions under 4th, 5th 6th, 8th, and 9th Amendments and under Article1, Article 3 and Article 6 of the Constitution of the United States.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Waverly Police violated protections under the 4th Amendments against unreasonable search and seizure by demanding information and identification without a crime having been committed or presentation of a warrant and under the 5th Amendment against being required to be a witness against oneself after being notified of both of these Constitutional Protections. (See Part II, Section D Continued)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

City of Waverly, TN

B. What date and approximate time did the events giving rise to your claim(s) occur?

These events began on or about 10am on April 19th, 2025 and ended on or about 4pm on September 22nd, 2025.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was arrested by a Waverly Police officer. Plaintiff informed Waverly Police Officer of the 4th and 5th Amendments and invoked the protections of both Amendments. Police Officer demanded papers and other information, then Police Officer threatened to destroy Plaintiff's property and harm Plaintiff physically for failing exit Plaintiff's vehicle. Under duress and fear of great bodily harm or death, Plaintiff exited Plaintiff's vehicle and was immediately physically assaulted by the 1st Waverly Police Officer and a 2nd Waverly Police Officer who arrived. A Humphreys County Sheriff's deputy arrived on scene and assisted the two Waverly Police Officers. Plaintiff was placed in the back of the 1st Waverly Police Officer's car and taken to the Humphreys County Jail, where Plaintiff remained for approximately 20 days On or about May 8th, Plaintiff was taken to the Humphreys County Courthouse, where Plaintiff's $8000 bail was reduced to $250 and certain charges were dismissed. Plaintiff was given a Court date for a Trial by Jury, and after paying the bail amount, Plaintiff was released. (See Part III, Section C Continued)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No Physical Injuries. There was Psychological stress from being falsely arrested, imprisoned, and charged.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks $1000 per minute from the moment of first contact with Waverly Police Officer to the moment that Plaintiff walked out of the Humphreys County Jail after paying $250 bail, which Plaintiff estimates to be $30,000,000 for violations of Constitutional protections of Plaintiff's rights. Plaintiff seeks to have all records of his arrest, incarceration, and prosecution completely erased and expunged, including all records that have been knowingly or unknowingly transmitted to or obtained by any municipality, county, or state; or to any entity, agency, or department of them; or any federal entity, agency, or department; and removal of any penalties or impairments that are or may have been put in place because of these events, at the Defendants sole expense. Federal Audit and Investigation of the entities and parties involved, especially the courts, as well as reeducation regarding Constitutional duties, obligations, responsibilities, and prohibitions, because of gross ignorance, negligence, incompetence, misconduct. Restriction of the authority of all parties and entities to engage in arrests, searches, seizures, and other actions without a a properly sworn and authorized warrant, because of the extreme and willful ignorance of the Parties regarding the content, construction, and intent of the Constitution and the clear duties, obligations, responsibilities, restrictions, and prohibitions placed upon them all by the Constitution. Return of all fines and fees paid. $10,000,000 in Punitive Damages for being defamed by publishing and circulating false information, including false charges, with Plaintiff's identifying information and photograph. (See Part V - Relief Continued)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/30/2026

Signature of Plaintiff

Printed Name of Plaintiff Robert McDaniel Cox

### B. For Attorneys

Date of signing: ________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address

Part II, Section D Continued

Being threatened with damage to property and person for failure to comply with unlawful demands.Being taken into custody and jailed by the Humphreys County Sheriff's Department, after complying with Waverly Police demands under duress. The Judge(s) who assessed an $8000 bail by the Humphreys County Court without a hearing which is ignorance or suspension of Habeas Corpus by the Court and without any notice of charges. Being held 24 hours per day in a single cell with 10-14 other men by the Humphreys County Sheriff's Department for approximately 20 days in it's jail without having been convicted of a crime. The Public Defender and Prosecutor for negotiating a plea deal which violates the Article 3 requirement of Trial by Jury and Amendment 6 guarantee of council, being informed of nature and cause of the accusation, and the right to an speedy and public trial by an impartial jury. The Humphreys County Court Judge(s) for denying the Article 3 and Amendment 6 requirement of Trial by Jury by attempting to force a bench trial and then attempting to discourage and intimidate when Trial by Jury was demanded. The Humphreys County Court Judge(s) for violating the Amendment 6 right to an impartial jury by instructing the Jury to exclusively judge by Tennessee Law and not by the United States Constitution, and the Article 6 supremacy requirement placed on the Humphreys County Judge(s) and Prosecutor(s).

## Part III, Section C Continued

Plaintiff's vehicle had been seized and impounded, which required payment to the private impound yard. Plaintiff returned for a Trial by Jury, but was denied an impartial jury by the Judge, since he advised the jury that only Tennessee Law was to be considered relevant to the case.

## Part V – Relief Continued

$10,000,000 in Punitive Damages for being subjected to inhumane and unsanitary conditions while in jail. A public apology, approved by Plaintiff, and published on the front page of the News-Democrat here in Humphreys County; printed and posted on the exterior and interior exit, entrance, office, bathroom, and closet doors of the Waverly City Hall, Waverly Police Department, Humphreys County Courthouse, Humphreys County Sheriff's Department, and the Humphreys County Office Building; and printed and posted on all vehicles of each party. Removal of all ALPRs or other similar surveillance equipment and/or cameras from the entirety of Humphreys County, including a permanent ban on any similar equipment. Requirement of a properly sworn and authorized warrant prior to use of any drone equipped with audio and/or video capability.

PRESS FIRMLY TO SEAL

FSC RECYCLED Packaging made from recycled material FSC® C106280

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 37185
10/02/26
4790240185-09

PRIORITY MAIL®

0 Lb 3.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/05/26

C019

SHIP TO:
STE 1300
719 CHURCH ST
NASHVILLE TN 37203-7095

USPS TRACKING® #

9505 5153 9072 6275 7385 31

- Expected delivery
- Domestic shipmen
- USPS Tracking® s
- Limited internatio
- When used intern... destinations.

*Insurance does not cov...
Domestic Mail Manual a...
** See International Mail ...verage

FLAT RA...
ONE RATE ■ AN...

TRACKE...

...kage Pickup,
...code.

PS00001142500

OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

RECEIVED
OCT 0 5 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FROM:
Robert Cox
PO Box 8021
Waverly, TN 37185

TO:
Clerk's Office
US District Court
Middle District of Tennessee
719 Church St
Suite 1300
Nashville, TN
37203

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.